IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) No. 3:11-00138 |
| v. | ) |
| OCTAVIOUS JACKSON, | ) |
| a/k/a "Tommy", | ) |

MOTION TO PLACE UNDER SEAL

Comes now Stephen Mills, attorney for the Defendant, and moves this Court for an order placing the Defendant's file under seal pending his sentencing. As grounds, Defendant would show that the Court has previously placed Mr. Jackson's plea agreement under seal due to concerns regarding Mr. Jackson's safety because of his cooperation with the United States. These documents, if allowed to remain public, may pose a substantial risk of harm to Mr. Jackson. The Defendant respectfully requests that these documents be placed under seal.

Respectfully submitted,

/s/J. Stephen Mills
J. Stephen Mills #19835
PO Box 281077
Nashville, TN 37228-1 077
615-366-0690
Attorney for Octavious Jackson

CERTIFICATE OF SERVICE

1