UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | UNDER SEAL |
| | ) | |
| v. | ) No. 3:11-00138 | |
| | ) Judge Haynes | |
| Octavius Jackson, a/k/a "Tommy" | ) | |

## UNDER SEAL MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Octavius Jackson, by and through counsel, hereby moves that the Court continue the sentencing hearing set for November 4, 2013 at 3:00 P.M. In support of this Motion, would state that the undersigned attorney needs additional time to review and determine if the filing of objections to the presentence report is necessary, discuss sentencing issues with the prosecutor, file his sentencing memorandum and prepare Mr. Jackson. Furthermore, the undersigned attorney has discussed this matter with Vidette Putman, U.S. Probation and she reported that there will be a amended presentence report to reflect the updated U.S. sentencing guidelines.

The undersigned had anticipated that he would have these tasks completed by early November, but has had multiple complex filings due in other courts the past two weeks. The undersigned attorney has discussed this motion with Assistant United States Attorney, Braden Boucek and he concurs with moving the sentencing hearing to a later date. Mr. Jackson moves that the sentencing hearing be reset to sometime in December or January, 2013.

Respectfully submitted this 29th day of October 2013.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215

*[Handwritten annotations in margin: "UNDER SEAL", "ORD SA", "This motion to Continue / When proposed / for the hearing / defense / shall file a motion to act. / 10-29-13"]*