UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:11-00138 |
| | ) | Judge Haynes |
| Octavius Jackson, a/k/a "Tommy" | ) | |

## JOINT UNDER SEAL MOTION TO UNSEAL CASE

The parties, by and through their respective counsel, hereby move the Court to order the unsealing of the case. The reasons for originally sealing the case are now moot. Both parties agree that the case should be unsealed.

Respectfully submitted this 30th day of October, 2013.

[handwritten annotation: *Granted. This motion is granted.* 10-31-13]

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com

s/ Braden Boucek by Charles Buckholts
with permission
Assistant United States Attorney
110 9th Avenue South, Suite A-961,
Nashville, TN 37203